2012V02309
PWG/gfr



PAUL J. FISHMAN
United States Attorney
PETER W. GAETA
Assistant United States Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
Tel: 973.645.2927
peter.gaeta@usdoj.gov

ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 12-6919 (FSH) |
| -v- | : | |
| A TOTAL OF $25,200.00 IN UNITED STATES CURRENCY COMPRISED OF: | : | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $10,200.00 IN UNITED STATES CURRENCY; | : | |
| and: | : | |
| $15,000.00 IN UNITED STATES CURRENCY SEIZED FROM SAFE DEPOSIT BOX NUMBER 697 AT PROVIDENT BANK, | : | |
| Defendants *in rem*. | : | |

**WHEREAS**, on November 7, 2012, a Verified Complaint for Forfeiture *In Rem* was filed in the United States District Court for the District of New Jersey against a total of $25,200.00 in United States currency, comprised of $10,200.00 in United States currency, and $15,000.00 in United States

currency seized from Safe Deposit Box Number 697 at Provident Bank (the "Defendant Property") to enforce the provisions of 21 U.S.C. § 881(a)(6), that subjects to forfeiture to the United States all monies, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or represents proceeds traceable to such an exchange or was used or intended to be used to facilitate any violation of Title II of the Controlled Substance Act, 21 U.S.C. § 801 *et seq.*; and

**WHEREAS**, pursuant to the Warrant for Arrest *In Rem* issued by the Clerk of the Court on November 8, 2012, the United States Marshals Service seized the Defendant Property; and

**WHEREAS**, on or about December 12, 2012, copies of the Verified Complaint for Forfeiture *In Rem*, Warrant for Arrest *In Rem*, and a Notice of Forfeiture were sent certified mail, return receipt requested, to Paulina Pichardo, 27 East 32nd Street, 2nd Floor, Bayonne, New Jersey 07002 (*See* Declaration of Peter W. Gaeta with Exhibits, Exhibit A, hereinafter "Gaeta Decl." filed herein.); and

**WHEREAS**, on or about December 15, 2012, copies of the Verified Complaint for Forfeiture *In Rem*, Warrant for Arrest *In Rem*, and Notice of Forfeiture were received by Paulina Pichardo, 27 East 32nd Street, 2nd Floor, Bayonne, New Jersey 07002 (*See* Gaeta Decl. Exhibit A.); and

**WHEREAS**, a notice of civil forfeiture was posted on an official government internet site, namely http://www.forfeiture.gov, beginning on January 4, 2013, and running for thirty consecutive days through February 2, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (*See* Gaeta Decl. Exhibit B.); and

**WHEREAS**, no conforming Claim has been filed within the time required by Rules G(4)(b)(ii) and G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the defendant property; and

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED**

1. That a Default Judgment and a Final Order of Forfeiture is granted against the defendant property, namely a total of $25,200.00 in United States currency, comprised of $10,200.00 in United States currency, and $15,000.00 in United States currency seized from Safe Deposit Box Number 697 at Provident Bank, and no right, title or interest in the defendant property shall exist in any other party; and

2. That all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, shall be deposited forthwith by the Department of Justice, United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

ORDERED this 13th day of September, 2013

_____
HONORABLE FAITH S. HOCHBERG, U.S.D.J.
UNITED STATES DISTRICT COURT